**Order entered October 16, 2017**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-00490-CV

### CITY OF DALLAS, Appellant

### V.

### CHRISTOPHER WORDEN, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-12090**

## ORDER

Before the Court is appellee's October 12, 2017 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on October 12, 2017 filed as of the date of this order.

/s/    CRAIG STODDART
JUSTICE